UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10022-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR ARCIA SUAREZ, et al.,

    Defendants.
_____

### ORDER ON *NEBBIA* REQUIREMENT

THIS CAUSE is before the Court on defendant **Rancel Sanso Pena's** Unopposed Motion for Satisfaction of *Nebbia* Condition of Bond (DE 12). On July 13, 2009, the undersigned set bond in the amount of $15,000 - 10% with a *Nebbia* condition. The Government filed a response (DE 14), informing the Court that it is satisfied that the money which will be utilized to post this bond was not derived from any illegal source. Based on the Government's representation, the undersigned finds that the *Nebbia* requirement has been met.

DONE AND ORDERED in the Southern District of Florida, this 17th day of July, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jessica Styron (MIA)
AFPD Stewart Abrams (MIA)
U.S. Marshal (KW)
U.S. Probation (KW)