UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-10022-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RANCEL SANSO PENA,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED "FINAL" MOTION FOR LEAVE TO CHANGE RESIDENTIAL ADDRESS

This cause is before the Court on Defendant's Unopposed Motion for Leave to Change Residential Address, and this Court having reviewed the record and being otherwise advised as to its premises, it is

**ORDERED** that the mentioned motion is hereby **GRANTED**. Accordingly Defendant is hereby permitted to reside at 8851 NW 178th Lane, Hialeah, Florida 33018, during the pendency of this case. All other conditions of bond remain unchanged.

DONE and ORDERED at Miami, Florida this 22nd day of October, 2009.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

cc:    Stewart G. Abrams, FPD
        Jessica Styron, AUSA
        Nora Cruz, U.S. Probation Officer